THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE **LRCiv P 5.4**
(Rule Number/Section)

__Antonio Lozano Solis #153261__
Name and Prisoner/Booking Number

__ASPC EYMAN BROWNING__
Place of Confinement

__P.O. Box 3400__
Mailing Address

__FLORENCE AZ. 85132__
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 17 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

__Antonio Lozano Solis__,  )
(Full Name of Plaintiff)  Plaintiff,  )
)
vs.  )  CASE NO. __CV-17-02378-PHX-ROS-DKD__
)  (To be supplied by the Clerk)
(1) __CHARLES L. RYAN__,  )  "Jury trial DEMANDED"
(Full Name of Defendant)  )
(2) __C.o.2 Acosta__,  )  **CIVIL RIGHTS COMPLAINT**
)  **BY A PRISONER**
(3) __Officer Jhon Doe__,  )
)  ☑ Original Complaint
(4) __Medical Provide Jhon Doe__,  )  ☐ First Amended Complaint
Defendant(s).  )  ☐ Second Amended Complaint
☑ Check if there are additional Defendants and attach page 1-A listing them.  )

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: __Florence, Arizona, Arizona State Prison Complex EYMAN__.

Revised 5/1/2013                             1                               **550/555**

Defendants

5. M. Johson










5. M. Johson


1.A

## B. DEFENDANTS

1. Name of first Defendant: CHARLES L. RYAN. The first Defendant is employed as: Director of Dep. of Corrections at Central office, AZ. Dep. of Corrections.
   (Position and Title) (Institution)

2. Name of second Defendant: Officer Acosta. The second Defendant is employed as: Corrections officer 2 at Etman Complex.
   (Position and Title) (Institution)

3. Name of third Defendant: Officer Jhon doe. The third Defendant is employed as: Corrections officer at Eyman Prison Complex.
   (Position and Title) (Institution)

4. Name of fourth Defendant: Jhon doe. The fourth Defendant is employed as: Medical provider Corizon at Browning Unit Etman Prison Complex.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? 3. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: ANTHONY LOZANO v. Joseph M. Arpaio ET AL
      2. Court and case number: 2:07-CV-0206-EHC JRi
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Plaintiff and Defendants reached a settlement.

   b. Second prior lawsuit:
      1. Parties: ANTHONY LOZANO v. Joseph M. Arpaio ET AL
      2. Court and case number: 09-763-PHX ROS-JRi
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) The case was settled.

   c. Third prior lawsuit:
      1. Parties: ANTONIO LOZANO SOLIS v. Andrew P. THOMAS ET AL
      2. Court and case number: CV 10-1111-PHX-ROS-JRi
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) The case was dismissed for failure to prosecute.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## B. DEFENDANTS

5.

Name of Fifth Defendant. M. Johnson C.C.H.P

The Fifth defendant is employed as. Facility Health Administrator.

at. Arizona state prison complex Erman.

2.A.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Deliberate Indifference</u> <u>8Th amendment violation</u>.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff is in a Maximum security prison where inmates are taken to recreation 5 at a time handcuffed. on 7-17-2016 after being searched and hand cuffed with side restraints. Plaintiff walked over twords the red box where 3 inmates were 1 inmate stood out side of the box telling me to go because he wanted to be last I responded I want to go last, that's when 1 of the inmates in the red box ran out and began to kick me. When I grabed his foot he started hoping back twords the red box then some one else began to kick me. That's when I heard stop and was shot in the back with a tazer then I felt a second shot that left me unconcius. The inmates then continued to kick me while on the floor. When I awoke I was face up coughing from the peper spray deployed. every one else was on the floor. The officers turned me around riped all the tazer prongs from my back The officer instead of shooting the aggressors to stop the assult shot me while I was being attacked facilitating the takedown by immobilization leading to causing the 4 inmates to stomp and kick my face and body. Chemical agents were then used to stop the assult.
   When I woke up my whole face was swollen. My nose the back of my head. The officers laughed while at medical and stated did you see the video officer Acosta is known for tazering inmates The officer then wrote me up for conspiracy to comitt assult which I was found not guilty in and failed to state what really happend.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I suffered a swollen eye ball that is permanently damaged when I look up or down or to the sides. I see double vision. 2 black eyes a concusion a injured nose that bleed for day's my jaw hurt for months and pops when I open it all the way. a lump on the back of my head and a shoe mark on my face. I had headaches for weeks. I've been having heart problems after this.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Deliberate indifference 8Th amendment violation</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 7-17-2016 on my way to recreation with 4 other inmates in between the stairs and the red box where we are supposed to line up before walking out of the pod I was told by a inmate to go I stated no I'm trying to go to the end that's when 1 of the 3 inmates in the red box ran out towards me to kick me when I grabed his foot to stop the kicking he began to hop back pulling me towards the red box that's when I was kicked by others and heard stop and was tazered by officer Acosta after that I felt a second shot by a unknown officer that left me unconscious. The officer instead of tazering the aggressors that were kicking me while I was being allready tazered, decided to help the aggressors by tazering me while I was not refusing any direct orders while I was allready being tazered and assulted and in side restraints. This officers use of force was the last thing I felt and remember. I then woke up with all the face and head injuries and burning from peper spray that was deployed to stop the assult.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I suffered a swollen eyeball that is permanently damaged when I look up or down or to the sides I get double vision, 2 black eyes a concusion a injured nose that bleeded for day's my jaw hurt for months and pops when I open it all the way a lump on the back of my head and a shoe mark on my face. Head aches for weeks. I've been having heart problems after this incident.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Deliberate indiference to my medical needs 8Th amendment violation.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While in prison Plaintiff has been suffering from a unknown virus belived to be by petitioner to be a H.P.V virus known to cause cancer, it is unknown because Plaintiff has not been diagnosed with what tipe of virus this is and if it is the cancer causing tipe. Plaintiff has requested various times the last time this request was on 1-17-2017 Plaintiff also requested treatment of imiquimod that is used as a treatment to boost the imune sistem to figh off the virus. The medical has only sent Plaintiff to get all the glowths cut of and burnt of which is a painfull process that has led to infections in the past the most recent was from 12-22-2016 after returning from the dermotologist I was seen by a nurse I asked for pain medication for the painfull removal of a growth in the rectum. I was told I had to wait for the doctor to review my file, and that she could only take my blood pressure, temperature. On 12-24-2016 I requested medical to get some healing ointment alcohol pads. When I was called to medical I was given ointment alcohol pad to clean the wound. I asked for antibiotic medication and pain medication and explained how I was still bleeding and in pain I was told that the doctor was the only one who could provide that. I was never seen by the doctor I had to suffer the pain, because the doctor failed to call me to review my file and see why I was in pain and if the wound was infected.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I had to suffer from pain to the rectum every time I had to use the restroom for about a month.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## count IV

1. Constitutional violation 8Th amendment Deliberate indiference to medical needs.
2. Medical care
3. Supporting facts.

While at prison in the Browning unit plaintiff has been suffering from shoulder pain knee pain and back pain on 11-17-2016 I was called to medical and seen by doctor babich he checked my left knee which he claimed was almost dislocated and week and claimed I needed to work it out, he did not check my shoulder while I was hand cuffed the whole time I've been in pain and asked for a M.R.I to find out why my shoulder is in so much pain and nothing is being done including back pain the only thing I get is anti inflomitory medication that a second doctor green provided that helped with the pain for a few months nothing is being done to determine what's wrong with my shoulder and why my arm movement is limited I've submitted medical request requesting a M.R.I and nothing has been done this problem has been brought to the facility Health Administrator and she has done nothing about it leaving me in a continuesly increasingly painfull situation.

4. Injury.

I have to suffer from shoulder pain that keeps me from sleeping at night back pain that hurts my body when I stand up for to long. knee pain that limit's my body movement.

5. Administrative Remedies.
   a. Are there administrative remedies grievence procedures available? ☒ Yes ☐ No
   b. did you request for administrative relief on count 4? ☒ Yes ☐ No
   c. Did you appeal your request for relief on count 4 to the highest level? ☒ Yes ☐ No
   d.

5. A

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking 100,000. thousand dollars in damages for count one. For count two I am requesting 200 thousand dollars, Count 3 injunctive relief to order the ~~department of corrections in Phoenix Arizona~~ corizon to provide treatment to plaintiff by a specialized dermatologist that can diagnose the tipe of H.P.V and provide treatment, and a 50,000 dollars for pain and suffering. Count 4. I am requesting injunctive relief for the court to order corizon F.H.A to provide a M.R.I to give plaintiff a diagnosis. and give adequate medical treatment through a pain specialist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-13-2017                                  Antonio Joyner Solis
                    DATE                                         SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6